tional and void law; and, *second,* the objection to the validity of the grand jury was made before plea. It follows from these views that the judgment of the court below must be affirmed, and it is so ordered.

AFFIRMED.

Decided 20 April, 1896.

**BOLES v. DELAY.**

From Multnomah: E. D. SHATTUCK, Judge.

Action for the recovery of sundry chattels. Freelove Delay appeals.

AFFIRMED.

*Mr. Clarence Cole* for appellant.

*Mr. M. J. MacMahon* for respondent.

The judgment of the court below was affirmed, the appeal having been abandoned. No opinion.

AFFIRMED.

**SHOFNER v. PARKHURST.**

From Multnomah: E. D. SHATTUCK, Judge.

Action by Annie C. Shofner against A. L. and Annie T. Parkhurst on a note. There was a verdict for plaintiff. Defendants appeal on the right of the court to add interest to the verdict.

DISMISSED.

*Mr. Julius C. Moreland* for appellants.

*Messrs. J. F. Boothe* and *Wallis Nash* for respondent.

The appeal was dismissed upon the stipulation of the parties. No opinion.

DISMISSED.